**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| APRIL L., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | NO. 25-6641 |

**JUDGMENT ORDER**

**AND NOW**, this 30th day of October, 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. No. 13) and the Commissioner's Response (Doc. No. 17), and Plaintiff's Reply (Doc. No. 18), it is hereby **ORDERED** that Judgment is entered in favor of the Commissioner.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge